**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Natasha Nicole Gallman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-2838-RMG |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, Acting Commissioner | ) | |
| of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of

the final decision of the Commissioner of Social Security denying her claim for Social Security

disability.  The matter comes before the Court on a Report and Recommendation ("R & R") of

the Magistrate Judge recommending that Plaintiff's request that she be excused from paying the

$400 filing fee as an indigent be denied.  (Dkt. No. 6).   Plaintiff has filed no objection to the R

& R.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation

has no presumptive weight, and the responsibility to make a final determination remains with the

Court.  *See Mathews v. Weber*, 423 U.S. 261 (1976).  The Court is charged with making a *de*

*novo* determination of those portions of the R & R to which specific objection is made.  The

Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate

Judge. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed the well documented and reasoned R & R of the Magistrate

Judge, which concludes that Plaintiff has sufficient assets and income to satisfy the filing fee in

this case and would not be rendered destitute by paying the Court's filing fee.   Consequently,

the Court adopts the R & R of the Magistrate Judge (Dkt. No. 6) as the order of the Court.

Plaintiff's application to be treated as an indigent is **DENIED**.

      **AND IT IS SO ORDERED**.

S/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 3, 2022
Charleston, South Carolina